**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>    Petitioner,<br><br>  v.<br><br>R.W. FOX, Warden,<br><br>    Respondent. | Case No. CV 18-5613 R (SS)<br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 24, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE